# United States District Court
# Eastern District of North Carolina

CHRISTOPHER YOUNG
          Petitioner
v.
UNITED STATES OF AMERICA
          Respondent

**Judgment in a 2255 Case**

Criminal Case No. 5:03-CR-91-1-BO
Civil Case Number: 5:05-CV-318-BO

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that respondent's motion to dismiss is granted and this action is hereby dismissed.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, NOVEMBER 3, 2005 AND COPIES MAILED TO:

Christopher Young 24444-056
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194-5000

Steve Matheny
U.S. Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

November 3, 2005          /s/ Fred L. Borch III
Date          Clerk

Raleigh, North Carolina